FLEMING RUVOLDT PLLC
250 Moonachie Road, Suite 501
Moonachie NJ 07074
(201) 518-7878
Attorneys for Defendants ZC Sterling Insurance Agency,
QBE First Insurance Agency Inc. and QBE Insurance Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES and BARBRA BOWLES, on Behalf of themselves and all others Similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION, BAC HOME LOANS SERVICING, LP. BANK OF AMRICA, N.A., INTERNATIONAL BUSINESS MACHINES CORPORATION, SETERUS, INC. f/k/a IBM LENDER BUSINESS PROCESS SERVICES, INC., ZC STERLING INSURANCE AGENCY, QBE FIRST INSURANCE AGENCY INC. and QBE INSURANCE CORPORATION,<br><br>Defendants. | 16-cv-00221-CCC-MF<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Cathy Fleming of Fleming Ruvoldt PLLC hereby appears on behalf of defendants ZC Sterling Insurance Agency, QBE First Insurance Agency Inc. and QBE Insurance Corporation in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: March 23, 2016

FLEMING RUVOLDT PLLC

_____
Cathy Fleming (CF2862)
250 Moonachie Road, Suite 501
Moonachie NJ 07074
(201) 518-7907
*Attorneys for defendants ZC Sterling Insurance Agency, QBE First Insurance Agency Inc., and QBE Insurance Corporation*