James W. McGarry (JM-3285)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA  02109
Tel.: (617) 570-1000
Fax:  (617) 523-1231
JMcGarry@goodwinprocter.com

*Attorney for Bank of America, N.A.,
named here in its own capacity and as successor
by de jure merger with BAC Home Loans Servicing, LP
(named in its own capacity and as successor
by merger to Wilshire Credit Corporation)*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES BOWLES and BARBRA BOWLES *on behalf of themselves and all others similarly situated,*<br><br>*Plaintiffs*,<br><br>      v.<br><br>BANK OF AMERICA, N.A., INTERNATIONAL BUSINESS MACHINES CORPORATION, SETERUS, INC. *formerly known as* IBM LENDER BUSINESS PROCESS SERVICES, INC., QBE FIRST INSURANCE AGENCY INC., QBE INSURANCE CORPORATION, WILSHIRE CREDIT CORPORATION, and BAC HOME LOANS SERVICING, LP,<br><br>*Defendants*. | Civil Action No.: 2:16-cv-00221-CCC-JAD<br><br>**NOTICE OF APPEARANCE OF JAMES W. MCGARRY** |

Notice is hereby given that the undersigned attorney, James W. McGarry, Esq., of

Goodwin Procter LLP, enters his appearance in the above-captioned matter as counsel for

Defendants Bank of America, N.A., BAC Home Loans Servicing, LP, and Wilshire Credit

2

Corporation, and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

                                                                          s/ James W. McGarry_____
James W. McGarry (JM-3285)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA  02109
Tel.: (617) 570-1000
Fax:  (617) 523-1231
JMcGarry@goodwinprocter.com

*Attorney for Bank of America, N.A., named here in its own capacity and as successor by de jure merger with BAC Home Loans Servicing, LP (named in its own capacity and as successor by merger to Wilshire Credit Corporation)*

Dated: March 24, 2016

2

## **CERTIFICATE OF SERVICE**

      I, James W. McGarry, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on March 24, 2016.

                                                                       s/ James W. McGarry_____