James W. McGarry (JM-3285)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA  02109
Tel.: (617) 570-1000
Fax:  (617) 523-1231
JMcGarry@goodwinprocter.com

*Attorney for Bank of America, N.A.,*
*named here in its own capacity and as successor*
*by de jure merger with BAC Home Loans Servicing, LP*
*(named in its own capacity and as successor*
*by merger to Wilshire Credit Corporation)*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES BOWLES and BARBRA BOWLES *on behalf of themselves and all others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., INTERNATIONAL BUSINESS MACHINES CORPORATION, SETERUS, INC. *formerly known as* IBM LENDER BUSINESS PROCESS SERVICES, INC., QBE FIRST INSURANCE AGENCY INC., QBE INSURANCE CORPORATION, WILSHIRE CREDIT CORPORATION, and BAC HOME LOANS SERVICING, LP,<br><br>*Defendants*. | Civil Action No.: 2:16-cv-00221-CCC-JAD<br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendants Bank of America, N.A., BAC Home Loans

Servicing, LP, and Wilshire Credit Corporation hereby file this corporate disclosure statement,

and disclose the following:

Bank of America, N.A. is a wholly-owned subsidiary of the publicly-traded Bank of America Corporation.  Bank of America Corporation is a publicly-held company whose shares are traded on the New York Stock Exchange.  It has no parent company and no publicly-held company owns more than 10% of Bank of America Corporation's shares.

BAC Home Loans Servicing, LP, effective July 1, 2011, merged with and into Bank of America, N.A.

Wilshire Credit Corporation, effective March 1, 2010, merged with and into BAC Home Loans Servicing, LP.

<div style="margin-left:50%;">

s/ James W. McGarry
James W. McGarry (JM-3285)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA  02109
Tel.: (617) 570-1000
Fax:  (617) 523-1231
JMcGarry@goodwinprocter.com

*Attorney for Bank of America, N.A., named here in its own capacity and as successor by de jure merger with BAC Home Loans Servicing, LP (named in its own capacity and as successor by merger to Wilshire Credit Corporation)*

</div>

2

## <u>CERTIFICATE OF SERVICE</u>

  I, James W. McGarry, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on March 24, 2016.


          s/ James W. McGarry_____

ACTIVE/85518213.1