UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES BOWLES and BARBRA BOWLES *on behalf of themselves and all others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., INTERNATIONAL BUSINESS MACHINES CORPORATION, SETERUS, INC. *formerly known as* IBM LENDER BUSINESS PROCESS SERVICES, INC., QBE FIRST INSURANCE AGENCY INC., QBE INSURANCE CORPORATION, WILSHIRE CREDIT CORPORATION, and BAC HOME LOANS SERVICING, LP,<br><br>*Defendants*. | Civil Action No.: 2:16-cv-00221-CCC-JAD<br><br>Document Filed Electronically |

## NOTICE OF SETTLEMENT

Plaintiffs James and Barbra Bowles ("Plaintiffs") and Defendants Bank of America, N.A., named here in its own capacity and as successor by *de jure* merger with BAC Home Loans Servicing, LP (named in its own capacity and as successor by merger to Wilshire Credit Corporation), ZC Sterling Insurance Agency, QBE FIRST Insurance Agency Inc., and QBE Insurance Corporation ("Defendants," and, together with Plaintiffs, the "Parties") respectfully report that they have reached an agreement to settle this matter subject to approval of final settlement documents.[1]

As a result, the Parties respectfully request the Court stay all deadlines for 30 days to allow the parties time to finalize the settlement and file a stipulation of dismissal.

---

[1] Defendants International Business Machines Corporation and Seterus, Inc. were voluntarily dismissed from this action on April 14, 2016 (ECF No. 14).

Dated:  May 25, 2016 Agreed to and submitted by:

/s/  Roosevelt N. Nesmith
Roosevelt N. Nesmith
roosevelt@nesmithlaw.com
LAW OFFICE OF
ROOSEVELT N. NESMITH, LLC
363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042
Telephone: (973) 259-6990
Facsimile: (866) 848-1368

Catherine E. Anderson
canderson@gslawny.com
GISKAN SOLOTAROFF,
& ANDERSON, LLP
11 Broadway, Suite 2150
New York, NY 10004
Telephone: (212) 847-8315
Facsimile: (646) 520-3236

*Counsel for Plaintiffs*


s/ Robert J. Fettweis
Robert J. Fettweis
FLEMING RUVOLDT PLLC
250 Moonachie Road, Suite 501
Moonachie, NJ 07074
Telephone (201) 518-7878

*Counsel for Defendants ZC Sterling Insurance Agency, QBE FIRST Insurance Agency, Inc., and QBE Insurance Corporation*


s/ James W. McGarry
James W. McGarry
jmcgarry@goodwinprocter.com
Goodwin Procter LLP
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

2

*Counsel for Defendants Bank of America, N.A., named here in its own capacity and as successor by de jure merger with BAC Home Loans Servicing, LP (named in its own capacity and as successor by merger to Wilshire Credit Corporation)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2016, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

/s/James W. McGarry

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES BOWLES and BARBRA BOWLES *on behalf of themselves and all others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., INTERNATIONAL BUSINESS MACHINES CORPORATION, SETERUS, INC. *formerly known as* IBM LENDER BUSINESS PROCESS SERVICES, INC., QBE FIRST INSURANCE AGENCY INC., QBE INSURANCE CORPORATION, WILSHIRE CREDIT CORPORATION, and BAC HOME LOANS SERVICING, LP,<br><br>*Defendants*. | Civil Action No.: 2:16-cv-00221-CCC-JAD<br><br>Document Filed Electronically |

## [PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS

Pursuant to the Parties' Notice of Settlement dated May 25, 2016, the Court hereby ORDERS that all case deadlines in this action be STAYED until June 22, 2016, so that the Parties can finalize settlement documents and file an appropriate stipulation of dismissal.

It is so ordered.

Dated: May 25, 2016

_____
United States District Judge